THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM SLAUGHTER, Appellant.

Submitted March 18, 1938; decided April 13, 1938.

*K. Karl Klein, Max Meyer* and *Sidney Frank* for appellant.

*Thomas E. Dewey, District Attorney (Felix C. Benvenga* and *Karl Grebow* of counsel), for respondent.

Judgments reversed and the information dismissed on the ground that there is not sufficient evidence to find the defendant guilty beyond a reasonable doubt. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.